

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2018

No. 04-18-00349-CV

**IN RE** Venkateswar Rao **KODATI**

Original Mandamus Proceeding[1]

## ORDER

On May 29, 2018, relator filed a petition for writ of mandamus complaining of the trial court's May 16, 2018 "Order Vacating Prior Order and Orders on Clarification, Motion for Enforcement and for Contempt." The respondent filed a response, but the real party in interest declined to file a response. We reviewed the petition, the respondent's response, and relator's reply, and have determined relator is entitled to a portion of the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED IN PART. TEX. R. APP. P. 52.8(c).

The Honorable Renée Yanta is ORDERED to vacate, within fifteen days from the date of this order, that portion of the May 16, 2018 "Order Vacating Prior Order and Orders on Clarification, Motion for Enforcement and for Contempt" finding relator in contempt of court and ordering him to pay a fine of $500.00. The writ will issue only if we are notified that Judge Yanta has not complied within fifteen days from the date of this order. All other relief requested by relator is DENIED.

It is so **ORDERED** on August 22, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2018.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015-CI-02059, styled *In the Interest of M.P.K. and P.S.K., Children*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Renée Yanta presiding.